No. 79–1262. General Motors Corp. et al. *v.* Costle, Administrator, Environmental Protection Agency, et al. C. A. D. C. Cir. Certiorari denied. 

No. 79–1276. Bucchino *v.* United States. C. A. 5th Cir. Certiorari denied. 

No. 79–1318. Liberti et ux. *v.* United States. C. A. 2d Cir. Certiorari denied. 

No. 79–1345. Korman *v.* United States. C. A. 6th Cir. Certiorari denied. 

No. 79–1346. Munoz *v.* United States. C. A. 6th Cir. Certiorari denied. 

No. 79–1359. West *v.* United States et al. C. A. 10th Cir. Certiorari denied. 

No. 79–1393. Courtwright et al. *v.* Equal Employment Opportunity Commission et al. C. A. 10th Cir. Certiorari denied. 

No. 79–1473. Mendoza-Alvarez *v.* United States et al. C. A. 9th Cir. Certiorari denied. 

No. 79–1486. Hare *v.* Alabama. Ct. Crim. App. Ala. Certiorari denied. 

No. 79–1492. Moore *v.* Minnesota et al. C. A. 8th Cir. Certiorari denied. 

No. 79–1505. Drebin et al. *v.* Russell, Trustee, et al. C. A. 9th Cir. Certiorari denied. 

No. 79–1506. Laguta et al. *v.* Ohio. Ct. App. Ohio, Summit County. Certiorari denied.